# EXHIBIT A

# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| WONDERFUL PISTACHIOS & ALMONDS P. O. Box 200937 Dallas, Texas 75320 | Christmas Tree Shops LLC | 2/24/2023 | $53,780.29 | Vendors |
| WONDERFUL PISTACHIOS & ALMONDS P. O. Box 200937 Dallas, Texas 75320 | Christmas Tree Shops LLC | 3/1/2023 | $53,780.29 | Vendors |
| WONDERFUL PISTACHIOS & ALMONDS P. O. Box 200937 Dallas, Texas 75320 | Christmas Tree Shops LLC | 3/20/2023 | $53,780.29 | Vendors |
| | | | $161,340.87 | |

4921-3013-9965.1 57097.001